UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ROSE MARIE WEAVER,  No. 09-12553

                      Debtor(s).
_____/

ORDER TO SHOW CAUSE
_____

TO STEPHEN R. ELIAS, ATTORNEY:

       The above-entitled case came on for hearing this date, on the court's order to show cause why the debtor's petition preparer should not be sanctioned for giving legal advice. During the course of the hearing, it became apparent that you had given the legal advice, and had charged the debtor $100.00 for your services. However, no disclosure of your involvement or your fees was evident on the docket. It appearing that you have violated § 329(a) of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure by failing to file a statement disclosing your fees,

       YOU ARE TO APPEAR at this court, located at 99 South E Street, Santa Rosa, California, on December 18, 2009, at 9:00 A.M., then and there to show cause, if any you have, why you should not be appropriately fined, sanctioned and enjoined from unlawful activity.

       PROVIDED, HOWEVER, that since the court has no problem with the amount of your fees and only requires proper disclosure, this order will be expunged and no appearance will be necessary if before the hearing you file a consent to an order requiring you to file fee disclosures in all cases in which you assist a debtor in bankruptcy for compensation, regardless of when your services are

1

rendered (unless more than a year prior to the bankruptcy filing) and regardless of whether or not you are the attorney of record in the case.

Dated: November 13, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of |
| 3 | California hereby certifies that a copy of the attached document was mailed to all parties listed below |
| 4 | as required by the Bankruptcy Code and Rules of Bankruptcy Procedure. |
| 5 | |
| 6 | Dated: Nov 13, 2009            Dawn Passalacqua, Deputy Clerk |
| 7 | |
| 8 | Stephen Elias. |
| 9 | P.O. Box 1570, |
| 10 | Lakeport CA 95453] |